**E-FILED on 2/18/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | No. C 13-3926 RMW (PR)<br><br>JUDGMENT |

　　The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

　　IT IS SO ORDERED.

DATED: 2/18/14

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\CR.13\Hardaway926jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY HARDAWAY et al, | Case Number: CV13-03926 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALAMEDA COUNTY SUPERIOR COURT et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Salinas Valley State Prison
B-2217
PO Box 1050
Soledad, CA 93910

Dated: February 18, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk